**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Anita Bacchi and Kristine Lomas, Respondents,

v.

America's Source Consulting Agency, LLC, Appellant.

Appellate Case No. 2015-000670

―――――――――――

Appeal From Horry County
Steven H. John, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2017-UP-309
Submitted June 1, 2017 – Filed July 26, 2017

―――――――――――

**AFFIRMED**

―――――――――――

James Ross Snell, Jr. and Vicki D Koutsogiannis, both of Law Office of James R. Snell, Jr., LLC, of Lexington, for Appellant.

Francis A. Humphries, Jr., of Monckton, Hembree & Humphries, PA, of Myrtle Beach, for Respondents.

―――――――――――

**PER CURIAM:**  Affirmed pursuant to Rule 220, SCACR, and the following authorities: *Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) ("It is axiomatic that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial [court] to be preserved for appellate

review."); *Regions Bank v. Owens*, 402 S.C. 642, 647, 741 S.E.2d 51, 54 (Ct. App. 2013) (holding an argument for setting aside an entry of default was unpreserved for appellate review because the movant failed to argue the issue to the Master-in-Equity); *Noisette v. Ismail*, 304 S.C. 56, 58, 403 S.E.2d 122, 124 (1991) (holding that when a trial court does not explicitly rule on an argument raised and appellant makes no Rule 59(e), SCRCP, motion to obtain a ruling, the appellate court may not address the issue).

**AFFIRMED.**[1]

**SHORT, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.